307 Ga. 461
FINAL COPY

S20Y0335. IN THE MATTER OF NATASHA SIMONE WHITE.

PER CURIAM.

This disciplinary matter is before the Court on the petition of Natasha Simone White (State Bar No. 633108) for voluntary surrender of her license prior to the issuance of a formal complaint, pursuant to Bar Rule 4-227 (b) (2). In her petition, White, who has been a member of the Bar since 2008, states that on July 22, 2019, she entered a plea of guilty in federal court to a felony charge of corruptly obstructing a civil forfeiture case in violation of 18 USC § 1512 (c) (2). White acknowledges that her conviction for a felony constitutes a violation of Rule 8.4 (a) (2) of the Georgia Rules of Professional Conduct, which is punishable by disbarment. White thus requests that the Court accept her petition for voluntary surrender of her license, which she acknowledges is tantamount to disbarment. The State Bar has filed a response, recommending that this Court accept the petition.

Having reviewed the petition and response, we agree to accept White's petition for voluntary surrender of her license, which is tantamount to disbarment. Accordingly, it is hereby ordered that the name of Natasha Simone White be removed from the rolls of persons authorized to practice law in the State of Georgia. White is reminded of her duties pursuant to Bar Rule 4-219 (b).

*Voluntary surrender of license accepted. All the Justices concur.*

DECIDED NOVEMBER 18, 2019.
Voluntary surrender of license.
*Pate & Johnson, Page A. Pate, Jess B. Johnson*, for White.

*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar*, for State Bar of Georgia.